UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

JASON RAY BLUMER,

       Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

       Defendant.

No.  2:14-CV-00147-VEB

JUDGMENT IN A
CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED.**  The matter is remanded to the Commissioner for additional proceedings pursuant to sentence four 42 U.S.C. SECTION 405(g).   Defendant's Motion for Summary Judgment is **DENIED**.   Judgment is entered for Plaintiff.

DATED:  February 9, 2015

       SEAN F. McAVOY
       Clerk of Court

       By: *s/Pam Howard*
         Deputy Clerk

**1 | JUDGMENT IN A CIVIL CASE**